UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

KAREN LAWRENCE-WEBSTER,

       Plaintiff,

                                   Case Number 05-10047-BC
v.                                  Honorable Thomas L. Ludington

CITY OF SAGINAW, CECIL COLLINS,
and DEBORAH KIMBLE,

       Defendants.
_____/

### ORDER DISMISSING DEFENDANT COLLINS AND DEFENDANT KIMBLE WITH PREJUDICE, SETTING A NEW TRIAL DATE, SETTING FOR HEARING DEFENDANT CITY'S MOTION FOR RECONSIDERATION, AND SETTING FILING DATES FOR MOTION FOR RECONSIDERATION

On December 22, 2006, the Court granted in part and denied in part Defendants' motions for summary judgment and denied Plaintiff Karen Lawrence-Webster's motion for summary judgment. Pursuant to that order, the claims against Defendant Cecil Collins and Defendant Kimble were dismissed with prejudice. To clarify that order, Defendant Collins and Defendant Kimble are, thus, dismissed with prejudice.

On January 8, 2007, Defendant City filed a motion for reconsideration. On January 26, 2007, Plaintiff filed a motion to adjourn the trial. On January 29, 2007, the Court held a status conference attended by counsel for Plaintiff and Defendant City of Saginaw (City). Pursuant to that conference, the Court rescheduled the date for trial, set a date for hearing Defendant City's motion for reconsideration, and set dates for a response and reply to that motion. Also, the parties agreed to return to facilitation before April 11, 2007.

Accordingly, it is **ORDERED** that Defendant Collins and Defendant Kimble are

**DISMISSED WITH PREJUDICE**.

It is further **ORDERED** that the Clerk is **DIRECTED** to terminate Defendant Collins and Defendant Kimble as party-defendants in this case.

It is further **ORDERED** that Plaintiff's motion to adjourn trial [dkt #84] is **GRANTED**. Trial shall be **RESCHEDULED** to commence on **June 26, 2007** at 8:30 a.m.

It is further **ORDERED** that a hearing on Defendant City's motion for reconsideration is set for **April 11, 2007** at 3 p.m.

It is further **ORDERED** that Plaintiff shall file any response to Defendant City's motion for reconsideration on or before **February 20, 2007** and that Defendant City shall file any reply on or before **February 27, 2007**. Defendant City's reply brief shall not exceed four (4) pages.

It is further **ORDERED** that the parties shall return to facilitation, as consented-to, before **April 11, 2007**.

s/Thomas L. Ludington
THOMAS L. LUDINGTON
United States District Judge

Dated: January 30, 2007

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on January 30, 2007.

s/Tracy A. Jacobs
TRACY A. JACOBS

---