UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

KAREN LAWRENCE-WEBSTER,

    Plaintiff,

                                        Case Number 05-10047-BC
v.                                          Honorable Thomas L. Ludington

CITY OF SAGINAW,

    Defendant.

_____/

## ORDER OF DISMISSAL

The Court was notified by letter dated May 12, 2008 that the parties had reached a settlement in this matter.

Accordingly, it is **ORDERED** that the complaint is **DISMISSED** with prejudice and without costs. Either party may apply to reopen this matter on or before **June 16, 2008** to enforce the settlement agreement.

It is further **ORDERED** that the defendant's motions *in limine* [dkt # 93] and for summary judgment [dkt # 110] are **DENIED AS MOOT**.

Dated: May 15, 2008                            s/Thomas L. Ludington
                                                    THOMAS L. LUDINGTON
                                                    United States District Judge

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on May 15, 2008.

                                        s/Tracy A. Jacobs
                                        TRACY A. JACOBS